**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| C.J., | : No. 286 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| S.J., | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.